**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                          CASE NO.   3:00cr103/RV

RANDAL BAXTER EDGECUMBE

**REFERRAL AND ORDER**

Referred to Judge Vinson on   08/28/2007
Type of Motion/Pleading  MOTION TO CORRECT FEDERAL SENTENCE ON JAIL TIME CREDIT
Filed by: Defendant              on 8/9/07         Doc. No. 37
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
Government                       on 8/27/07        Doc. No. 38
                                 on                Doc. No.
                                 WILLIAM M. McCOOL, CLERK OF COURT

                                 Deputy Clerk: Val Harmon

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  28th  day of  August , 2007, that:

(a)  The requested relief is DENIED.

(b)  The defendant received credit for time served on his state sentence, to the date of sentencing in this case (3/6/01).

                                                                                */s/  Roger Vinson*
                                                                                ROGER VINSON
                                                                                SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.